

# Fourth Court of Appeals
## San Antonio, Texas

August 28, 2015

No. 04-15-00320-CV

Jonathan **SHURBERG** as Personal Representative of the Estate of Rebecca Lord, Individually and Derivatively on Behalf of La Salle Industries, a Limited Partnership,
Appellants

v.

**LA SALLE INDUSTRIES LIMITED**, Roy G. Martin Jr. Property Management, Inc., Roy Martin, Elizabeth Martin, Jennifer Lord, Brenda Lord, Kent Lord, Janie Martin, Mark Martin, Thomas L. Martin, and Jill Martin,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-08-00154-CVL
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to August 31, 2015.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of August, 2015.

_____
Keith E. Hottle
Clerk of Court